**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HENRY UDOEWA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3054 |
| | § | |
| PLUS4 CREDIT UNION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff's Motion for Extension of Time to File a Response to Defendants' Motion to Dismiss for Failure to State a Claim under Rule 12(B)(6) is granted to the following extent:

The plaintiff's response to defendants' motion to dismiss for failure to state a claim must be filed no later than **June 5, 2009**.

SIGNED on May 13, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge