# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HENRY UDOEWA, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. H-08-3054 |
| PLUS4 CREDIT UNION, *et al.*, | § § § |
| Defendants. | § § |

## ORDER

Plaintiff's Motion for Extension of Time to File a Response to Defendants' Motion for Summary Judgment is granted, given the length of the defendants' motion. Plaintiff's Response to Defendants' Motion for Summary Judgment is due on **May 28, 2010**.

SIGNED on May 14, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge