IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY UDOEWA, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-08-3054 |
| PLUS4 CREDIT UNION, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

The defendants have moved to strike Udoewa's response to the motion for summary judgment. (Docket Entry No. 101). Udoewa filed the response on Saturday, May 29, 2010, only one day after the due date. (Docket Entry Nos. 95, 100). The defendants have not argued, and there is no reason to believe, that they were prejudiced in any way by this minimal delay. The motion is denied.

SIGNED on June 2, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge